| | |
|---|---|
| DAVID H. FRY (SBN 189276)<br>david.fry@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, 27th Floor<br>San Francisco, California 94105-2907<br>Telephone:  (415) 512-4000<br>Facsimile:   (415) 512-4077<br><br>ERIN J. COX (SBN 267954)<br>erin.cox@mto.com<br>STEPHEN T. MAYER (SBN 298713)<br>stephen.mayer@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>350 S. Grand Ave., 50th Floor<br>Los Angeles, California 90071-1560<br>Telephone:  (213) 683-9100<br>Facsimile:   (213) 687-3702<br><br>Attorneys for Defendants WELLS FARGO & COMPANY and WELLS FARGO BANK, N.A. | Douglas Caiafa, Esq. (SBN 107747)<br>DOUGLAS CAIAFA, A Professional Law Corporation<br>11845 W. Olympic Blvd., Suite 1245<br>Los Angeles, California 90064<br>Telephone:  (310) 444-5240<br>Facsimile:    (310) 312-8260<br>Email: dcaiafa@caiafalaw.com<br><br>Christopher J. Morosoff, Esq. (SBN 200465)<br>LAW OFFICE OF CHRISTOPHER J. MOROSOFF<br>77-760 Country Club Drive, Suite G<br>Palm Desert, California 92211<br>Telephone:  (760) 469-5986<br>Facsimile: (760) 345-1581<br>Email: cjmorosoff@morosofflaw.com<br><br>Attorneys for Plaintiffs DANIEL FRIEDMAN and JAMES HERNANDEZ |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL FRIEDMAN, an individual, and JAMES HERNANDEZ, an individual, individually and on behalf of all others similarly situated,<br><br>             Plaintiffs,<br><br>    vs.<br><br>WELLS FARGO BANK, N.A., a National Banking Association, and WELLS FARGO & COMPANY, a Delaware Corporation, and DOES 1 through 6,300, inclusive,<br><br>             Defendants. | Case No. 2:16-cv-07405<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Judge:  Virginia A. Phillips<br>Ctrm.:  8A |

Plaintiffs Daniel Friedman and James Hernandez ("Plaintiffs") and Defendants Wells Fargo Bank, N.A., and Wells Fargo & Company (collectively, "Wells Fargo") hereby give notice that the parties have a reached a settlement of all claims in this matter. The parties are in the process of memorializing the terms of settlement and anticipate filing a stipulation of dismissal with prejudice within thirty (30) days of the filing of this notice. In the interests of judicial efficiency and economy, the parties jointly request that the Court cancel the hearing currently scheduled for Monday, August 7, 2017 on Wells Fargo's motion to compel arbitration in light of the settlement.

DATED: August 6, 2017            MUNGER, TOLLES & OLSON LLP

                                 By:  */s/ Erin J. Cox*
                                      Erin J. Cox

                                 Attorneys for Defendants
                                 Wells Fargo Bank, N.A. and Wells Fargo & Co.

DATED: August 6, 2017            LAW OFFICE OF CHRISTOPHER J. MOROSOFF

                                 By:  */s/ Christopher J. Morosoff*
                                      Christopher J. Morosoff

                                 Attorneys for Plaintiffs Daniel Friedman and James Hernandez