Douglas Caiafa, Esq. (SBN 107747)
DOUGLAS CAIAFA, A Professional Law Corporation
11845 West Olympic Boulevard, Suite 1245
Los Angeles, California 90064
(310) 444-5240 - phone; (310) 312-8260 - fax
Email: dcaiafa@caiafalaw.com

Christopher J. Morosoff, Esq. (SBN 200465)
LAW OFFICE OF CHRISTOPHER J. MOROSOFF
77-760 Country Club Drive, Suite G
Palm Desert, California 92211
(760) 469-5986 - phone; (760) 345-1581 - fax
Email: cjmorosoff@morosofflaw.com

Attorneys for Plaintiffs DANIEL FRIEDMAN, et al.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| DANIEL FRIEDMAN, et al.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>　　　　　Defendants. | Case No. 2:16-cv-07405-VAP-PLA<br><br>**NOTICE OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>**[F.R.C.P. 41(a)]**<br><br>Courtroom: 8A<br>Judge:　　Hon. Virginia A. Phillips |

1 **PLEASE TAKE NOTICE THAT**:

2  Plaintiffs DANIEL FRIEDMAN and JAMES HERNANDEZ, by and through
3 their counsel of record herein, hereby DISMISS this action in its entirety with
4 prejudice pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii).

Dated: September 5, 2017  Respectfully submitted,
LAW OFFICE OF CHRISTOPHER J. MOROSOFF


By: /s/ *Christopher J. Morosoff*
Christopher J. Morosoff
Attorneys for Plaintiffs JAMES HERNANDEZ
and DANIEL FRIEDMAN

-1-
NOTICE OF DISMISSAL